FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jan 18, 2019
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRIS M. D.,<br><br>          Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | No. 2:17-cv-00390-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO CLOSE FILE** |

Before the Court, without oral argument, is Magistrate Judge Dimke's January 3, 2019 Report and Recommendation, ECF No. 19, recommending that summary judgment be granted in Defendant's favor. The period for filing objections has passed and no party has objected. After reviewing the Report and Recommendation and relevant authorities, the Court finds that Magistrate Judge Dimke's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 19**, is **ADOPTED** in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

**2.** Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is **DENIED**.

**3.** Defendant's Motion for Summary Judgment, **ECF No. 17**, is **GRANTED**.

**4.** The administrative law judge's decision is **AFFIRMED**.

**5.** All hearings and other deadlines are **STRICKEN**.

**6.** The Clerk's Office is directed to **ENTER JUDGMENT** in favor of Defendant and **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 18th day of January 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge